[No. 26693-8-II. Division Two. August 2, 2002.]

THE CITY OF LONGVIEW, *Respondent*, v. MICHAEL MACKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-2-00214-1, Stephen M. Warning, J., entered November 3, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27010-2-II. Division Two. August 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES THOMAS JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05274-2, Brian M. Tollefson, J., entered January 26, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.

[No. 27112-5-II. Division Two. August 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CZARNEK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02876-0, Kitty-Ann van Doorninck, J., entered February 16, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27184-2-II. Division Two. August 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EUGENE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00504-3, F. Mark McCauley, J., entered February 5, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.